**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-30526

PELLERIN CONSTRUCTION, INC.,

Plaintiff - Appellant,

VERSUS

CROMPTON CORPORATION, formerly known as CK Witco Corp; FLUOR DANIEL, formerly known as Fluor Daniel, Inc., a Division of Fluor Enterprises, Inc.,

Defendants - Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana, New Orleans
00-CV-465-R

May 21, 2002

Before DAVIS, BARKSDALE and EMILIO M. GARZA, Circuit Judges

PER CURIAM:[*]

After reviewing the summary judgment record in this case along with the briefs of the parties and argument of counsel, we are persuaded that the district court correctly granted summary judgment in favor of appellees. Therefore, for essentially the

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

reasons stated by the district court in its careful Order and Reasons dated April 11, 2000, its judgment is affirmed.

AFFIRMED.